NS:NEM/DEL
F. #2020R00580/OCDETF#NY-NYE-890

**FILED**

3:38 pm, May 04, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

QING MING YU,
    also known as "Allen Yu,"
ANTONY ABREU,
    also known as "Anthony,"
YOU YOU,
    also known as "Eddie," and
ZHE ZHANG,
    also known as "Zack,"

                Defendants.

------------------------------X

MJ 22-01847

INDICTMENT

1:22-cr-00208(WFK)(TAM)
Cr. No.
(T. 18, U.S.C., §§ 981(a)(1)(C), 1958(a),
2 and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

COUNT ONE
(Murder-for-Hire Conspiracy)

1.     In or about and between August 2018 and February 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants QING MING YU, also known as "Allen Yu," ANTONY ABREU, also known as "Anthony," YOU YOU, also known as "Eddie," and ZHE ZHANG, also known as "Zack," together with others, did knowingly and intentionally conspire to use and cause another to use one or more facilities of interstate commerce, to wit: one or more cellular telephones, the Internet and a rental vehicle, with intent that a murder be committed in violation of New York Penal Law Section 125.25, to wit: the murder of Xin Gu, as consideration for the

Case 2:22-mj-01847-DUTY Document 3-1 Filed 05/10/22 Page 2 of 3 Page ID #:6
Case 1:22-cr-00208-WFK *SEALED* Document 1 Filed 05/04/22 Page 3 of 4 PageID #: 3

3

4.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

FOREPERSON

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R00580/OCDETF#NY-NYE-0890

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

QING MING YU, also known as "Allen Yu," ANTONY ABREU, also known as "Anthony," YOU YOU, also known as "Eddie," and ZHE ZHANG, also known as "Zack,"

Defendants.

## INDICTMENT

(T. 18, U.S.C., §§ 981(a)(1)(C), 1958(a), and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

Devon Lash, Assistant U.S. Attorney (718) 254-6014