

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Zhe Zhang, DEFENDANT(S). | CASE NUMBER 22-mj-1847 |
|---|---|
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __5/13/2022__, ____, at __1:30__ ☐a.m. / ☒p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __8D__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __5/10/2022__

U.S. District Judge/Magistrate Judge